IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02166-EWN-PAC

ERIC MARSHALL,

    Plaintiff,

v.

COLORADO ACCESS FOR THE COLORADO DEPARTMENT OF CORRECTIONS,
CDOC ARROWHEAD MEDICAL DEPARTMENT,
CODC ACCESS CORRECTIONAL CARE, a/k/a Colorado Access, and
JOHN DOE (Head Physician),

    Defendants.

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

    Plaintiff has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the order granting Plaintiff leave to proceed *in forma pauperis* pursuant to § 1915, Plaintiff was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment.  In order to show cause, Plaintiff was directed to file a current certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

    Plaintiff has failed to make the required monthly payment since May 16, 2005, or

to show cause why he has no assets and no means by which to make the monthly payments. Therefore, Plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot make the required monthly payments. Accordingly, it is

ORDERED that Plaintiff shall have until 15 days from the date of this Order to make the required monthly payments of 20 percent of each month's income credited to his account or to show cause why he cannot make the required monthly payments. It is

FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 22nd day of August, 2005.

BY THE COURT:

s/ Patricia A. Coan

---

Patricia A. Coan, United States Magistrate Judge