IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02166-EWN-PAC

ERIC MARSHALL,

    Plaintiff(s),

v.

CDOC, ACCESS CORRECTIONAL CARE a/k/a COLORADO ACCESS,
CDOC ARROWHEAD MEDICAL CENTER,
HEAD PHYSICIAN JOHN DOE,

    Defendant(s).
_____

**ORDER** re: Payment of Filing Fee
_____

Patricia A. Coan, Magistrate Judge

Upon the review of plaintiff's Objection to and Reply to Recommendation of United States Magistrate Judge, Doc. # 65, including review of his inmate account for the period from May 1, 2005 through November 17, 2005, it is hereby

**ORDERED** that the Recommendation of United States Magistrate Judge, Doc. # 64, is **WITHDRAWN**.

Further, the inmate account information submitted to the Court on May 16, 2005, Doc. # 36, shows that plaintiff had the ability to make partial payments towards the filing fee in this matter for two months. Specifically, plaintiff had the ability to pay $10 to the court in March of 2005 and $6 to the Court in April of 2005. The inmate account submitted with Doc. # 65 demonstrates that plaintiff has not had the ability to make any further

04-cv-02166-EWN-PAC
November 23, 2005

amounts toward the filing fee from May 1, 2005 through November 17, 2005.  It is accordingly

**ORDERED** that plaintiff shall submit $16.00 to the Court in partial payment of the filing fee for the months of March and April no later than **December 10, 2005.**  Failure to make the $16 payment shall result in a recommendation that plaintiff's case be dismissed with prejudice.  It is further

**ORDERED** that, as plaintiff has previously been told, he is required under 28 U.S.C. §1915(b)(2) to make "monthly payments [towards the filing fee] of 20 per cent of the preceding month's income credited to his account or to show cause EACH MONTH, why he has no assets and no means by which to make the monthly payment."  Plaintiff has failed to comply with those orders.

Consequently, from this date forward, plaintiff is

**ORDERED,** on or before the **15th day of EACH month**, beginning **January 15, 2006, and continuing each month thereafter** until the filing fee is paid in full, and **without any further notice or order of the Court**, either to make the required monthly payment for the preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.

**If plaintiff fails, from this date forward, to comply with this order <u>in any month</u>**

04-cv-02166-EWN-PAC
November 23, 2005

**before the filing fee is paid in full, <u>this is a final warning</u> that I will recommend that his case be dismissed for failure to comply with this Order and for failure to comply with the Order allowing plaintiff to proceed *in forma pauperis* entered November 4, 2004.**

    Dated: November 23, 2005.

                                          By the Court:
                                          <u>s/Patricia A. Coan</u>
                                          Patricia A. Coan
                                          Magistrate Judge