IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02166–EWN--PAC

ERIC MARSHALL,

    Plaintiff,

v.

CDOC, ACCESS CORRECTIONAL CARE
  (AKA) COLORADO ACCESS,
CDOC, ARROWHEAD MEDICAL CENTER,
HEAD PHYSICIAN JOHN DOE,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" (#60) filed September 26, 2005. The recommendation is that the case be dismissed without prejudice for failure to plead and demonstrate complete exhaustion of administrative remedies. Plaintiff has objected to the recommendation. His objection repeats what he said to the magistrate judge and adds nothing new. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.

The magistrate judge has also had enormous difficulties getting Plaintiff to furnish the inmate account statements and to pay at least a part of the filing fee, as required by the Prisoner Litigation Reform Act. After persistently flouting court orders, Plaintiff made some attempt to

comply in a filing on March 14, 2006 (#70). This filing belies his earlier protestations of inability to obtain account statements, a claim which is additionally belied by the fact that prisoners in Colorado custody regularly file these materials with the court. In the interest of justice, however, and for the purpose of giving a *pro se* prisoner litigant the benefit of the doubt, the court will consider only the recommendation of September 26, 2005. Plaintiff is expressly warned that future non-compliance with court orders may lead to dismissal of his case WITH PREJUDICE. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED. The motion to dismiss (#21) is GRANTED. The motion to dismiss (#46) is DENIED as moot.

    2. All claims are DISMISSED without prejudice for failure to exhaust administrative remedies.

    3. All other pending motions are DENIED as moot.

    DATED this 17th day of March, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge